FILED
United States Court of Appeals
Tenth Circuit

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

December 27, 2022

Christopher M. Wolpert
Clerk of Court

---

| | |
|---|---|
| THE CHEROKEE NATION, | |
| Plaintiff - Appellee, | |
| v. | No. 22-7010 |
| WALGREEN CO., | (D.C. No. 6:18-CV-00056-RAW-SPS) |
| | (E.D. Okla.) |
| Defendant - Appellant, | |
| and | |
| CVS PHARMACY, INC.; OKLAHOMA CVS PHARMACY, LLC; WAL-MART STORES, INC., | |
| Defendants. | |

---

**ORDER**

---

The stipulation filed by the parties to dismiss the captioned appeal is granted. *See* Fed. R. App. P. 42(b). Each party shall bear its own costs.

Oral argument set for January 17, 2023 is vacated.

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk