# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

**THE CHEROKEE NATION,**

    Plaintiff – Appellee,

v.

**CVS PHARMACY, INC., OKLAHOMA CVS PHARMACY, LLC; WALGREEN CO.,**

    Defendants – Appellants.

No. 22-7010
(D.C. No. 6:18-CV-00056-RAW-SPS)
(E.D. Okla.)

---

## STIPULATION TO DISMISS

---

Pursuant to discussions held under Federal Rule of Appellate Procedure 42(b), and the agreement of the parties, the undersigned hereby stipulate that the above appeal may be dismissed with prejudice. Each party shall bear their own costs on appeal.

    s/Tyler Ulrich

Tyler Ulrich
Boies Schiller Flexner LLP
100 SE 2nd Street
Miami, FL 33131
Tel: (305) 539-8400
tulrich@bsfllp.com

    s/Daniel R. McElroy

| | |
|---|---|
| Steven E. Holden | Robert B. Tannenbaum |
| Caleb S. McKee | Daniel R. McElroy |
| Holden Litigation | Bartlit Beck LLP |
| 15 E. 5th St., Suite 3900 | 54 West Hubbard Street |
| Tulsa OK, 74103 | Chicago, IL 60654 |
| (918) 295-8888 | (312) 494-4400 |
| SteveHolden@HoldenLitigation.com | robert.tannenbaum@bartlitbeck.com |
| CalebMcKee@HoldenLitigation.com | daniel.mcelroy@bartlitbeck.com |

## C‍ERTIFICATE OF D‍IGITAL S‍UBMISSION

In accordance with the court's CM/ECF User's Manual, I hereby certify that all required privacy redactions have been made. In addition, I certify that the hard copies of this pleading that may be required to be submitted to the court are exact copies of the ECF filing, and the ECF submission has been scanned for viruses with the most recent version of a commercial virus scanning program (SentinelOne, Version 22.2.4.558, updated hourly) and, according to the program, is free of viruses.

## C‍ERTIFICATE OF S‍ERVICE

I hereby certify that on December 21, 2022, a true and correct copy of the foregoing **Stipulation to Dismiss** was sent to the persons listed below in the manner indicated (check box):

- ☐ by U.S. mail;
- ☐ by third-party commercial carrier for delivery within 3 calendar days;
- ☐ by personal delivery, including delivery to a responsible person at the office of counsel;
- ✓ by digital submission via the 10th Circuit Court's ECF program.

s/Daniel R. McElroy

Daniel R. McElroy
Bartlit Beck LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
daniel.mcelroy@bartlitbeck.com