UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

December 27, 2022

Ms. Bonnie Hackler
United States District Court for the Eastern District of Oklahoma
Office of the Clerk
100 North 5th Street
P.O. Box 607
Muskogee, OK 74401

Mr. Michael Burrage
Ms. Randa K. Reeves
Whitten Burrage
512 North Broadway Avenue, Suite 300
Oklahoma City, OK 73102

Mr. Steve E. Holden
Mr. Caleb Shane McKee
Holden Litigation
15 E. 5th Street, Suite 3900
Tulsa, OK 74103-4338

Mr. Daniel McElroy
Mr. Robert B. Tannenbaum
Bartlit Beck
54 West Hubbard Street, Suite 300
Chicago, IL 60654

Mr. William S. Ohlemeyer
Boies, Schiller & Flexner
333 Main Street, Suite 301
Armonk, NY 10504

Mr. Tyler Evan Ulrich
Boies Schiller & Flexner
100 SE 2nd St., Suite 2800
Miami, FL 33131-0000

**RE:** 22-7010, Cherokee Nation v. Walgreen Co., et al
Dist/Ag docket: 6:18-CV-00056-RAW-SPS

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CMW/sls